UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-24931-CMA

DAVID'S DOZER V-LOC SYSTEM INC., and
DAVID ARMAS,

    Plaintiffs,

v.

DEERE & COMPANY;
JOHN DEERE CONSTRUCTION & FORESTRY
COMPANY; DOBBS EQUIPMENT, LLC; and
EFE, INC. D/B/A EVERGLADES EQUIPMENT GROUP;

    Defendants.
_____/

## **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiffs David's Dozer V-Loc System Inc. and David Armas (collectively "Plaintiffs") and Defendants Deere & Company, John Deere Construction & Forestry Company, Dobbs Equipment, LLC, and EFE, Inc. (collectively "Defendants") (Plaintiffs and Defendants collectively, the "Parties"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 26(c) and S.D. Fla. L.R. 7.1, hereby submit this Joint Motion for entry of the attached Stipulated Protective Order, and in support thereof state as follows:

The Parties have stipulated that good cause exists for entry of a protective order to prevent unauthorized disclosure and use of the Parties' proprietary and confidential information during and after the course of this litigation.

WHEREFORE, the Parties respectfully request that the Court enter the attached Stipulated Protective Order.

Dated:  May 14, 2024

*/s/ Rafael Perez-Pineiro*
Richard Guerra (Fla. Bar No. 689521)
Email: rguerra@brickellip.com
Arthur Robert Weaver (Fla. Bar No. 92132)
Email: rweaver@brickellip.com
Javier Sobrado (Fla. Bar No. 44992)
Email: jsobrado@brickellip.com
Rafael Perez-Pineiro (Fla. Bar No. 543101)
Email: rperez@brickellip.com
**THE BRICKELL IP GROUP, PLLC**
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831

*Attorneys for Plaintiffs*

Respectfully submitted,

*/s/ Jorge Espinosa*
Jorge Espinosa (Fla. Bar No. 779032)
Email: Jorge.Espinosa@gray-robinson.com
Francesca Russo (Fla. Bar No. 174912)
Email: Francesca.russo@gray-robinson.com
**GRAY|ROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

*Attorneys for Defendants*