UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-24931-CMA

DAVID'S DOZER V-LOC
SYSTEM INC.; *et al.*,

    Plaintiffs,

v.

DEERE & COMPANY, *et al.*,

    Defendants.
_____/

### **NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS**

NOTICE is hereby given that Plaintiffs David's Dozer V-Loc System Inc. and David Armas have petitioned the United States Court of Appeals for the Federal Circuit for a Writ of Mandamus from the Order Granting Defendants' Motion to Transfer (ECF No. 89) entered on May 30, 2024 in this action. Plaintiffs are serving the petition upon the Honorable Cecilia M. Altonaga pursuant to the Rules for the United States Court of Appeals for the Federal Circuit.

| | |
|---|---|
| Date: June 26, 2024 | By:  s/ *Arthur Robert Weaver*_____ <br> **Arthur Robert Weaver** <br> Fla. Bar No. 92132 <br> Email Address: rweaver@brickellip.com |

**THE BRICKELL IP GROUP, PLLC**
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

**Richard Guerra**
Fla. Bar No. 689521
Email: rguerra@brickellip.com
**A. Robert Weaver**
Fla. Bar No. 92132
Email: rweaver@brickellip.com
**Javier Sobrado**
Fla. Bar No. 44992
Email: jsobrado@brickellip.com
**Rafael Perez-Pineiro**
Fla. Bar No. 543101
Email: rperez@brickellip.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served on all parties of record via CM/ECF filing.

s/ *A. Robert Weaver*_____
A. Robert Weaver